IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

In re GAS NATURAL, INC.

: CASE NO. 1:13 CV 02805
:
: ORDER ADOPTING THE
: MAGISTRATE JUDGE'S REPORT AND
: RECOMMENDATION

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Nancy A. Vecchiarelli recommending that the Court grant in part and deny in part the defendants' motion to dismiss. (Doc. 63). Specifically, the Magistrate Judge recommended (1) that the motion to dismiss be granted with respect to the plaintiff's claim of unjust enrichment against the individual defendants; (2) that the defendants' motion to dismiss be otherwise denied; and (3) that the defendants' motion to stay proceedings be denied.

The defendants filed timely objections the Report and Recommendation. (Doc.

64, 65). The plaintiffs have responded. (Doc. 66, 67). Having reviewed the parties' submissions and considered *de novo* those portions of the Report and Recommendation to which the defendants object, the Court concludes that the defendants' objections are without merit. The Court accordingly accepts the Magistrate Judge's recommendations and adopts the Report and Recommendation in its entirety. The defendants' motion to dismiss the plaintiffs' claim of unjust enrichment is granted. The defendants' motion to dismiss is otherwise denied. The defendants' motion to stay proceedings is denied.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date: 4 June 2015